The order below is hereby signed.

Signed: August 3 2021



*S. Martin Teel, Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EBONY DEW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-02930 (BAH) |
| ) | |
| MINDFINDERS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER RE AVAILABILITY OF FURTHER MEDIATION
SESSION IF NEEDED TO ASSIST PARTIES IN AGREEING
<u>TO SPECIFIC MATTERS TO IMPLEMENT THEIR SETTLEMENT</u>

This matter was referred to me for the purpose of mediation. In a mediation session of July 30, 2021, the parties executed a term sheet setting forth terms for settlement of this civil action, including a provision for seeking District Court approval of the settlement. Some of the terms include requirements for joint approval of certain matters (*e.g.*, a *Settlement Notice* being drafted by the plaintiffs' counsel). I do not anticipate the parties' being unable to reach joint approval of any such matters.

However, I note that, with the term sheet not finalized until almost 10:00 p.m., I neglected to tell the parties that if

the parties have difficulty in reaching joint approval of any matters for which the term sheet requires joint approval, I am available for a further mediation session.  It is

ORDERED that if the parties discover that they need a further mediation session, they should promptly alert Aaron Adaway and me by e-mail so that we can schedule a further mediation session.[1]

[Signed and dated above.]

Copies to: All counsel of record.

---

[1] If the parties seek a further mediation session prior to September 2021, it would be best for the parties to request a date prior to August 18, 2021.  In addition, the afternoon of August 11, 2021, is not an available time.