## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EBONY DEW, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 20-2930 (BAH) |
| MINDFINDERS, INC., | Chief Judge Beryl A. Howell |
| Defendant. | |

## <u>ORDER</u>

Upon consideration of plaintiffs' Unopposed Motion for Approval of Settlement, Service Payments, and Attorney's Fees and Costs, ECF No. 34, the accompanying memoranda and exhibits, the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that plaintiffs' Unopposed Motion for Approval of Settlement, Service Payments, and Attorney's Fees and Costs is **GRANTED IN PART**; it is further

**ORDERED** that the Settlement Agreement attached to the Motion, docketed at ECF No. 34-3 is **APPROVED**, insofar as the Court finds that the proposed Settlement Agreement represents bona fide compromises of the plaintiffs' Fair Labor Standards Act ("FLSA") claims that are fair and reasonable in light of the FLSA's statutory requirements, but the Court declines to opine on any aspect of the proposed Settlement Agreement that does not pertain directly to the payment of wages due the plaintiffs or to issue the injunction contemplated by the Settlement Agreement; it is further

**ORDERED** that this case is dismissed without prejudice, with leave to reinstate on or before 60 days after the Effective Date described in the Settlement Agreement § 1(h); it is further

**ORDERED** that if a motion to reinstate is not filed on or before 60 days after the Effective Date, the parties shall file a joint motion to dismiss with prejudice; and it is further

**ORDERED** that the Court will retain jurisdiction to enforce the settlement.

**SO ORDERED.**

Date:  October 14, 2021

_____

BERYL A. HOWELL
Chief Judge