UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ebony Dew and Krystal Owens, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Mindfinders, Inc.,**<br><br>**Defendant.** | **Case No. 1:20-cv-02930-BAH**<br><br>**Chief Judge Beryl A. Howell** |

## JOINT MOTION TO DISMISS

On October 14, 2021, the Court entered an Order approving the Parties' Settlement Agreement. ECF No. 35. In the Order, the Court instructed the Parties "that if a motion to reinstate is not filed on or before 60 days after the Effective Date, the parties shall file a joint motion to dismiss with prejudice." *Id.* January 13, 2022 marked 60 days after the Effective Date, and no motion to reinstate has been filed. Therefore, the Parties jointly request the Court dismiss this case with prejudice.

Dated: January 20, 2022

Respectfully submitted,

/s/ Sally J. Abrahamson

Sally J. Abrahamson (Bar No. 999058)
**WERMAN SALAS P.C.**
335 18th Pl. NE
Washington, D.C. 20002
Tel.: (202) 744-1407
Email: sabrahamson@flsalaw.com

*Attorney for Plaintiffs*

*/s/ Joshua B. Waxman*
Joshua B. Waxman (Bar No. 482135)
jwaxman@littler.com

**LITTLER MENDELSON, P.C**.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006.4046
Telephone:   202.842.3400
Facsimile:    202.842.0011

*Counsel for Defendant Mindfinders, Inc.*